EDWARD A. COX, PLAINTIFF-PETITIONER, v. BOND TRANSPORTATION, INC., DEFENDANT-RESPONDENT.

MICHAEL F. MURPHY, By HIS GUARDIAN *AD LITEM, ET AL.*, PLAINTIFFS-PETITIONERS, v. BOND TRANSPORTATION, INC., DEFENDANT-RESPONDENT.

See same case below: 99 *N. J. Super*. 335.

*Mr. Vincent C. DeMaio* and *Mr. Kenneth E. Joel* for the petitioners.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Carroll A. Morley* for the respondent.

May 14, 1968. Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN DELL LAWSON, DEFENDANT-PETITIONER.

*Mr. Peter Murray* and *Mr. John C. Howell* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Alan Silber* for the respondent.

May 14, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. S. JOHN CABRERA, DEFENDANT-PETITIONER.

*Mr. John P. Dwyer* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Barry H. Evenchick* for the respondent.

May 14, 1968. Denied.